

FILED
CLERK, U.S. DISTRICT COURT
05/20/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: AP   DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER 5:25-mj-00333 |
|---|---|
| PLAINTIFF(S) | 4:24-CR-40140 |
| v. | |
| Juan Pedro Gobea a/k/a "Saviourtaste" | **DECLARATION RE OUT-OF-DISTRICT WARRANT** |
| DEFENDANT(S). | |

The above-named defendant was charged by: Indictment
in the District of South Dakota on 12/06/2024
at 0800 [x] a.m. / [ ] p.m. The offense was allegedly committed on or about 3/7/24 - 03/13/2024
in violation of Title 18 U.S.C., Section(s) 2251(a), 2251(e), & 1591(a)(1) :
to wit: Attempted Production of Child Pornography, Attempted Sex Trafficking of a Minor

A warrant for defendant's arrest was issued by: Matther W. Thelan, Clerk of the Court

Bond of $ N/A   was [ ] set / [ ] recommended.

Type of Bond: N/A

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   5/20/25
              Date

*Joseph Santa*
Signature of Agent

Joseph Santa
Print Name of Agent

United States Marshals Service
Agency

Deputy U.S. Marshal
Title

CR-52 (03/20)   DECLARATION RE OUT-OF-DISTRICT WARRANT